[This opinion has been published in *Ohio Official Reports* at 89 Ohio St.3d 521.]

PRICE, APPELLEE, *v*. HENRY; BASINGER ET AL., APPELLANTS.

[Cite as *Price v. Henry*, 2000-Ohio-242.]

*Criminal procedure—R.C. 2967.28—Post-release control—Court of appeals'*
*judgment reversed on authority of Woods v. Telb and cause remanded for*
*judgment consistent with Woods.*

(No. 00-629—Submitted July 25, 2000—Decided August 3, 2000.)

APPEAL from the Court of Appeals for Logan County, No. 8-99-12.

—————————

*Betty D. Montgomery*, Attorney General, and *M. Scott Criss*, Assistant
Attorney General, for appellants.

—————————

{¶ 1} The discretionary appeal is allowed, the judgment of the court of
appeals is reversed on the authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504,
733 N.E.2d 1103, and the cause is remanded for judgment consistent with *Woods.*

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG
STRATTON, JJ., concur.

DOUGLAS, J., dissents.

—————————